## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ELUZAI MERALES MENDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-732-SLP |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

Before the Court is Petitioner's Emergency Motion to Enforce June 8, 2026 Memorandum and Order. [Doc. No. 14]. **Respondents are directed to file an expedited response no later than 5:00 P.M. on July 1, 2026.** No reply brief shall be filed unless the Court orders otherwise.

IT IS SO ORDERED this 29th day of June, 2026.

_____
SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE