**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ELUZAI MERALES MENDEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-732-SLP |
| | ) |
| MARKWAYNE MULLIN, et al., | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

Before the Court is Petitioner Eluzai Merales Mendez's Emergency Motion to Enforce June 8, 2026 Memorandum and Order [Doc. No. 14]. On June 29, 2026, this Court issued an Order instructing Respondents to respond to Petitioner's Motion on or before Wednesday, July 1, 2026. [Doc. No. 15]. Respondents have responded and the matter is at issue. [Doc. No. 16].

On June 8, 2026, the Court granted in part Petitioner's petition for writ of habeas corpus to the extent of ordering him released if Respondents did not provide a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) business days. [Doc. No. 12]. On June 11, 2026, a hearing before an Immigration Judge was held, and Petitioner was denied bond. Now, despite Respondents having provided Petitioner with a bond hearing on June 11, 2026, Petitioner asserts that Respondents failed to abide by this Court's June 8, 2026 Order. [Doc. No. 14] at 3. Petitioner is incorrect.

While this Court does have jurisdiction to enforce its own orders and to ensure they are followed, it lacks jurisdiction to review a discretionary bond determination if one was meaningfully made.  A meaningful bond hearing was held on June 8, 2026.

IT IS THEREFORE ORDERED that Petitioner's Emergency Motion to Enforce June 8, 2026 Memorandum and Order [Doc. No. 14] is DENIED.

**IT IS SO ORDERED.**

Dated this 15th day of July, 2026.

_____

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**